IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Chadwick Sheets, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:18-1881-JMS-MPB ) |
| IMC Credit Services, LLC, a Delaware limited liability company, | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claims with the Defendant, hereby stipulate to the dismissal of Plaintiff's claims with prejudice, and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 13, 2018

| | |
|---|---|
| One of Plaintiff's Attorneys | One on Defendant's Attorneys |
| /s/ David J. Philipps | /s/ Nicholas W. Levi |
| David J. Philipps (Ill. Bar No. 06196285) | Nicholas W. Levi (Ind. Bar No. 24278-53) |
| Philipps & Philipps, Ltd. | Kightlinger & Gray, LLP |
| 9760 S. Roberts Road | One Indiana Square, Suite 300 |
| Suite One | 211 N. Pennsylvania Street |
| Palos Hills, Illinois 60457 | Indianapolis, Indiana 46227 |
| (708) 974-2900 | (317) 638-4521 |
| (708) 974-2907 (FAX) | (317) 636-5917 (FAX) |

The foregoing stipulation is hereby approved and Plaintiff's individual claims are hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice.

ENTERED:

Date: 9/14/2018

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana